IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

v.                                                              Case No. 3:08cr87/MCR

**DANTE JAMON WALKER**
_____

### PRELIMINARY ORDER OF FORFEITURE

WHEREAS, in the Indictment in the above-entitled action, the United States sought forfeiture from the defendant, **DANTE JAMON WALKER,** pursuant to Title 21, United States Code, Section 853(a)(1) and (2), the defendant's interests in any property, real or personal, involved in the violations set forth in Counts One and Two of said Indictment and/or any property traceable to such property;

AND WHEREAS, on or about March 11, 2008, the defendant, **DANTE JAMON WALKER,** was found guilty to all Counts of the Indictment by a jury and agreed to forfeiture of any interest he may have, if any, in the below-described property;

AND WHEREAS, by virtue of said guilty verdict, the United States is now entitled to entry of a Preliminary Order of Forfeiture against all of defendant's interest in said property, pursuant to Title 21, United States Code, Section 853(a)(1) and (2), and Rule 32(d)(2) and 32.2(b) of the Federal Rules of Criminal Procedure; now wherefore,

**IT IS HEREBY ORDERED:**

1.     That all of defendant's rights and interest in the item described below, if any, is hereby forfeited to and vested in the United States of America.

2.     That the item which is subject to forfeiture in this Order is as follows:

The property known as 1515 Dr. Martin Luther King, Jr. Blvd., Pensacola, Florida, more particularly described as:

> **LOT 18, BLOCK 98, EAST KING TRACT, ESCAMBIA COUNTY, FLORIDA, ACCORDING TO THE PLAT RECORDED IN PLAT BOOK 5684 PAGE 739 OF THE PUBLIC RECORDS OF ESCAMBIA COUNTY, FLORIDA.**

3.      That a Preliminary Order of Forfeiture is hereby entered in favor of the United States against defendant, **DANTE JAMON WALKER**, pursuant to Rule 32.2(b)(1) of the Federal Rules of Criminal Procedure.

**IT IS SO ORDERED** this 2nd day of April, 2009.


*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**