IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                                Case No. 3:08cr87-MCR

DANTE JAMON WALKER
_____/

## FINAL ORDER OF FORFEITURE
## AS TO DEFENDANT DANTE JAMON WALKER

WHEREAS, on April 2, 2009, the Court entered a Preliminary Order of Forfeiture, pursuant to the provisions of Title 21, United States Code, Section 853(a)(1) and (2). On March 11, 2009, a jury returned a verdict of guilty to all counts of the indictment in this action.

AND WHEREAS, pursuant to Rule 32(d)(2) and 32.2(b) of the Federal Rules of Criminal Procedure said Preliminary Order of Forfeiture shall be made final as to defendant, **DANTE JAMON WALKER**, at the time of sentencing and shall be made part of the sentence and included in the judgment, now wherefore,

IT IS HEREBY ORDERED:

That all of defendant **DANTE JAMON WALKER**, right, title and interest in the real property described in the indictment and in the preliminary order of forfeiture is hereby forfeited to and vested in the United States of America and that said forfeiture is now final as to the defendant for all purposes.

IT IS SO ORDERED this *11th* day of *June*, 2009.

*M. Casey Rodgers*
M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE