UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.  Case Nos:   3:08cr87/MCR/CJK
              3:16cv328/MCR/CJK

DANTE JAMON WALKER

_____/

## **O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated October 11, 2016.  ECF No. 154.  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1.   The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Defendant's "Second or Successive Motion to Vacate, Set Aside, or Correct Sentence Pursuant to Title 28, United States Code, § 2255" (ECF No. 152) is **SUMMARILY DISMISSED**.

3. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 14th day of November, 2016.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**