**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA,

v

DANTE JAMON WALKER

Case Number: 3:08-cr-87-MCR

## ORDER OF ADDITIONAL CONDITIONS OF RELEASE

The Defendant appeared before this Court for an initial appearance on an October 1, 2024 Petition For Warrant Or Summons For Offender Under Supervision. Doc. 205. Although the Government did not move for detention, the Government requested the Court add as additional conditions of Defendant's release that he be subject to home detention and GPS monitoring. Upon consideration, the Court agrees these additional conditions are necessary to reasonably assure the Court Defendant will not be a danger to the community or a risk of non-appearance. *See* Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. §§ 3142(c), 3143.

According to the US Probation Office, Defendant's residence has been unstable, Defendant has stated he has "no home" or "lives in hotels," and although he has also reported living with his aunt or mother, Probation has been unable to conduct seven home visits because the women deny Defendant resides with either of them. The Court, therefore, finds the additional conditions of home detention and GPS monitoring are necessary to allow Probation to confirm Defendant has a stable residence and Probation is aware of his whereabouts.[1]

Accordingly, IT IS ORDERED Defendant shall be released pending his final revocation hearing subject to the following conditions, which are **in addition to** the existing conditions of his supervised release:

---

[1] The Court also notes, as set forth in the Judge Bolitho's June 23, 2023 detention order on a prior petition, that Defendant has a history of non-appearance, including a failure to appear in state court on January 20, 2023, and a history of not promptly contacting his Probation Officer. Doc. 195.

To begin today, Defendant will be monitored by location monitoring technology with Global Positioning Satellite (GPS) until his final revocation hearing. Defendant is restricted to his residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the officer.

Entered on October 10, 2024

s/ *Hope Thai Cannon*
HOPE THAI CANNON
UNITED STATES MAGISTRATE JUDGE